COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Case number:  01-14-00452-CV

Style:  *Cameron International Corporation, Appellant v. Jeremy Guillory, Appellee*

Type of motion:        Motion for rehearing

Party filing motion:    Appellee

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:        /s/ Jane Bland
                          Justice Bland
                          Acting for the Court

Panel consists of Justices Higley, Bland, and Sharp.

Date:   October 23, 2014.